**6**

Lois Cleon Shelton AUBUCHON, et al.,
Plaintiffs-Appellants,

v.

FEDERAL LAND BANK, et al.,
Defendants-Respondents.

No. 50662.

Missouri Court of Appeals,
Eastern District,
Division One.

May 20, 1986.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 19, 1986.

Application to Transfer Denied
Sept. 16, 1986.

Lois Cleon Shelton Aubuchon, pro se.

Jerry L. Wilkerson, Wilkerson & Seay,
Salem, for defendants-respondents.

### ORDER

PER CURIAM.

Plaintiff sued defendants to quiet title to real estate claiming defendants were squatters on property her father had acquired by adverse possession and had deeded to her. She appeals from a judgment for defendants. Defendants move to dismiss the appeal for plaintiff's failure to comply with Rule 84.04.

Plaintiff's appeal is certainly subject to dismissal for failure to file an acceptable brief. In the interest of judicial economy, however, we deny defendants' motion and dispose of the appeal on its merits. The record before us is devoid of evidence that would support plaintiff's claim to the real estate defendants possess. The trial court therefore properly found for defendants. An opinion would have no precedential value. Affirmed in accordance with Rule 84.-16(b).

STATE of Missouri, Respondent,

v.

Logan J. McKINLEY a/k/a George L.
Sullivan, Appellant.

No. WD 37555.

Missouri Court of Appeals,
Western District.

May 27, 1986.

Motion for Rehearing and/or
Transfer to Supreme Court Denied
June 26, 1986.

Application to Transfer Denied
Sept. 16, 1986.

Sean D. O'Brien, Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., BERREY, J., and ROPER, Special Judge.

### ORDER

PER CURIAM.

Appeal from jury trial conviction of robbery in the first degree, § 569.020, RSMo. 1978, and sentence to a twenty-year term of imprisonment.

Judgment affirmed. Rule 30.25(b).